**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-po-07002-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL ROSS JACKSON,

    Defendant.

---

## MOTION FOR ORDER TO UN-RESTRICT CASE

---

The United States of America, by and through Bryan D. Fields, Assistant United States Attorney, hereby respectfully requests the Court un-restrict Case No. 18-po-07002-STV and the documents in it. The defendant is aware of these proceedings and has agreed to come to court voluntarily for the hearing on April 24, 2018. Accordingly, there is no reason for the documents to remain restricted from public access.

Respectfully submitted this 12th day of April, 2018.

                        ROBERT C. TROYER
                        United States Attorney

                        *s/ Bryan David Fields*
                        BRYAN DAVID FIELDS
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        (303) 454-0100
                        (303) 454-0402 (fax)
                        Bryan.Fields3@usdoj.gov
                        Attorney for United States

**CERTIFICATE OF SERVICE**

      I certify that on this 12th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

      s/ *Bryan David Fields*_____
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov